NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

1ST MEDIA, LLC,
*Plaintiff-Appellant,*

v.

ELECTRONIC ARTS, INC.
HARMONIX MUSIC SYSTEM, INC. AND VIACOM,
INC.,
*Defendants-Appellees,*

AND

SONY COMPUTER ENTERTAINMENT AMERICA,
INC.,
*Defendant-Appellee.*

---

2010-1435

---

Appeal from the United States District Court for the District of Nevada in case no. 07-CV-1589, Judge James C. Mahan.

---

## ON MOTION

---

Before SCHALL, *Circuit Judge.*

## ORDER

1st Media, LLC moves without opposition to stay proceedings in this appeal pending this court's en banc disposition in *Therasense v. Becton, Dickinson & Co.*, 2008-1511.

1st Media asserts that this case and *Therasense* involve the same issue, specifically what standards govern in inequitable conduct cases.

We note that oral argument in *Therasense* is currently set for November 9, 2010.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to stay is granted. 1st Media is directed to inform the court within 30 days of the disposition of *Therasense* how it believes this appeal should proceed. The appellees may also respond within that time.

(2) A copy of this order shall be transmitted to the en banc court to inform it of this related appeal.

FOR THE COURT

OCT 2 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Robert P. Greenspoon, Esq.
    Richard F. Ziegler, Esq.
    B. Trent Webb, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 8 2010

JAN HORBALY
CLERK